# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Scientific Research Corporation | ) ASBCA No. 61251 |
| | ) |
| Under Contract No. N65236-07-D-5882 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:  Thomas A. Lemmer, Esq.
J. Quincy Stott, Esq.
Dentons US LLP
Denver, CO

APPEARANCES FOR THE GOVERNMENT:  E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Samuel W. Morris, Esq.
Trial Attorney
Defense Contract Management Agency
Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 March 2018

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61251, Appeal of Scientific Research Corporation, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals